# EXHIBIT A

**Defendant:** Vitamin Shoppe Industries
**Creditor ID:** VS003
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Vitamin Shoppe Industries | 10251-PY | $10,170.00 | 8/16/2024 | 10251-IN | 7/15/2024 | $10,170.00 |
| | 10252-PY | $5,166.50 | 8/16/2024 | 10252-IN | 7/15/2024 | $5,166.50 |
| | 10347-PY | $16,458.50 | 9/13/2024 | 10347-IN | 8/12/2024 | $16,458.50 |
| **Total Transfers** | **3** | **$31,795.00** | | | | **$31,795.00** |